■ The People of the State of New York, Respondent, v Charles Pugliese, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Westchester County (Nicolai, J.), both rendered October 16, 1990.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.